


# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

October 20, 2008

Mr. Rob Ansley
Clerk - United States District Court
130 Quentin N. Burdick
United States Courthouse
655 First Avenue North
Fargo, ND 58102-4932

Re:  USA vs. Sean Anthony Ogle
     Our Case Number: 08-mj-402 FLN-
     Your Case Number:

Dear Clerk:

### Initial Transfer Out

[ ] Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out

[ ] Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

### Transfer In

[ ] Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

### Rule 5 (formerly Rule 40) Removal Proceedings

[X] Enclosed please find certified copies of a supplemental filing and updated docket sheet filed in our court regarding the above-captioned matter.

### Rule 20

[ ] Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

Please acknowledge receipt of these documents by returning in the envelope provided the copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

Lori Sampson, Deputy Clerk

cc:  Timothy C. Rank, Assistant U. S. Attorney
     Andrea K. George
     Marshal Service (Rule 20 & 5 only)
     Pretrial Services (Rule 20 & 5 only)
     File CR 08-mj-402 FLN

criminal\transferletter.frm                                          Form Modified 01/28/05

Mr. Rob Ansley
Clerk - United States District Court
130 Quentin N. Burdick
 United States Courthouse
655 First Avenue North
Fargo, ND 58102-4932



RECEIVED
OCT 22 2008
ROBERT ANSLEY, CLERK
U.S. DISTRICT COURT-NORTH DAKOTA